AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| STEVEN RAY MANDERS, | ) Case No. |
|  | ) 25-mj-185 |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 30, 2024 to June 15, 2024,  within the special maritime and territorial jurisdiction of the United States in Kathmandu, Nepal, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2241(c) | Aggravated sexual abuse of a child |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

NATASHA M DIAMOND-PATE
Digitally signed by NATASHA M DIAMOND-PATE
Date: 2025.03.18 11:45:39 -04'00'

*Complainant's signature*

Natasha Diamond-Pate, Special Agent, U.S. Dept. of State
*Printed name and title*

Attested to by the Complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/18/2025

Digitally signed by Ivan Davis
Date: 2025.03.18 12:12:38 -04'00'

*Judge's signature*

City and state:   Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*